IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  03-cv-02001-RPM

PWR PRESS, INC.,
PWR PROCESSING, INC., and
HARBOR PACIFIC FUNDING, INC., a Colorado corporation, and
PHILLIP RANNEY,

    Plaintiff,

v.

HARBOR PACIFIC FUNDING, INC., a California corporation,
TEAM REALTY, INC., and
GREG HILLMAN,

    Defendant.

---

ORDER DENYING PHILLIP W. RANNEY'S MOTION TO PROCEED UNDER SECOND AMENDED COMPLAINT

---

  This civil action was closed administratively pursuant to D.C.Colo.LCivR 41.2 by an order entered October 25, 2005.  On April 21, 2006, Phillip W. Ranney, *pro se*, filed a motion to proceed and tendered a second amended complaint.  In it, he proposes to proceed with this civil action and add as defendants, Thomas Seccombe, Bonnie Seccombe and Lending Strategies, Inc.  Mr. Ranney has never responded to the counterclaims filed against him by Harbor Pacific Funding, Inc., and Greg Hillman.  It is not clear from the allegations in the tendered second amended complaint as to jurisdiction and venue.  Mr. Ranney alleges that at all relevant times he was a resident of Colorado but it is apparent that he is now a resident of Chicago, Illinois, as shown by his address on the motion.  Mr. Ranney has not shown good cause why this civil action

should now be reopened under the rule. If he seeks to pursue the claims alleged in the proposed second amended complaint, he must file a new civil action in a court of proper jurisdiction and venue. It is therefore

ORDERED that the motion to proceed is denied.

Dated: April 24th, 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge

Case Number:   03-cv-02001-RPM

I certify that I mailed a copy of the attached Order to the following:

Dated: April 24, 2006

Phillip Ranney
2322 W. Eastwood - #1
Chicago, IL 60625

GREGORY C. LANGHAM, CLERK

s/M.V. Wentz

By:  _____
               Deputy